Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Tel. (702) 784-5200
Fax. (702) 784-5252
Email: kdove@swlaw.com
jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES C. SABALOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NA, a Delaware Corporation; DOES 1-10 and ROE ENTITIES 1-10,<br><br>Defendant. | Case No.: 2:21-cv-00621-APG-BNW<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that Wayne Klomp is no longer associated with the law firm of Snell & Wilmer L.L.P. and is no longer appearing as counsel for Defendant Wells Fargo Bank, N.A., and should, therefore, be removed from the distribution list of this case.

Dated: July 12, 2021      SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**Order**

There being good cause, IT IS ORDERED that the motion to remove attorney (ECF No. 9) is GRANTED.

**IT IS SO ORDERED**

**DATED:** 11:45 am, July 16, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200