Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Tel. (702) 784-5200
Fax. (702) 784-5252
Email: kdove@swlaw.com
       jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES C. SABALOS, an individual,<br><br>                    Plaintiff,<br>v.<br><br>WELLS FARGO BANK, NA, a Delaware Corporation; DOES 1-10 and ROE ENTITIES 1-10,<br><br>                    Defendant. | Case No.:  2:21-cv-00621-APG-BNW<br><br>**NOTICE OF SETTLEMENT** |

Wells Fargo Bank, N.A. ("Wells Fargo") hereby notifies the Court that James C. Sabalos and Wells Fargo (the "Parties") have reached an agreement in principle to resolve all claims in this matter.  The Parties are in the process of documenting the settlement at this time.

/ / /

/ / /

4812-6312-3703

Therefore, the Parties request that the Court vacate any pending deadlines or filing requirements, in anticipation of the Parties filing a Stipulation to Dismiss with Prejudice, with each party to bear his/ its own attorneys' fees and costs, within 30-45 days.

Respectfully submitted this 20th day of August, 2021.

Dated: August 20, 2021                     SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Wells Fargo Bank, N.A.*

### Order

IT IS ORDERED that the parties must file dismissal documents by October 8, 2021. If the parties have not filed dismissal documents by this date, they must file a joint status report on October 8, 2021 explaining what is impeding dismissing the case and if the Court can help.

**IT IS SO ORDERED**

**DATED:** 3:39 pm, August 23, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

- 2 -

4812-6312-3703